**NOT FOR PUBLIC VIEW** ~~unsealed 4/25/08 cw~~ **SECRET**

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Francois Gauthier (1)
aka Tony DiValerio,
aka Tom

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

**CASE NUMBER:** 08cr1200 H

YOU ARE HEREBY COMMANDED to arrest

Francois Gauthier (1)
aka Tony DiValerio,
aka Tom

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Cocaine

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

s/ J. Jocs
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

04/16/08    San Diego, CA
Date and Location

Bail fixed at $ _____No Bail_____ by _____The Honorable Ruben B. Brooks_____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

