1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Francois Gauthier

8                               UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10                                **(HONORABLE MARILYN L. HUFF)**

11 UNITED STATES OF AMERICA,            )   Case No. 08CR1200-H-01
                                        )
12              Plaintiff,              )
                                        )
13 v.                                   )   **CERTIFICATE OF SERVICE**
                                        )
14 FRANCOIS GAUTHIER,                   )
                                        )
15              Defendant.              )
   _____)
16

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                                  U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov; and
19
                                  John R. Fielding, Jr.
20   jfieldingattyatlaw@yahoo.com,tiffany_fieldingattyatlaw@yahoo.com,levinson.marc@gmail.com

21                                                Respectfully submitted,

23 DATED:        May 13, 2008                      /s/ Elizabeth M. Barros
                                                  **ELIZABETH M. BARROS**
24                                                Federal Defenders of San Diego, Inc.
                                                  Attorneys for Francois Gauthier