# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**SECRET**

08 MAY 13 AM 8:56

UNITED STATES OF AMERICA

V.

Francois Gauthier (1)
aka Tony DiValerio,
aka Tom

**WARRANT FOR ARREST**

CASE NUMBER: 08cr1200H

FU# 1471914

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Francois Gauthier (1)
aka Tony DiValerio,
aka Tom

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition   [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Cocaine

RECEIVED
2008 APR 17 A 11:20
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title ___ See Above ___ United States Code, Section(s) ___

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 04/16/08   San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___ No Bail ___ by ___ The Honorable Ruben B. Brooks ___

Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | DATE ARRESTED BY DEA TOTAS | |
| DATE OF ARREST | STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA BY | |

CLA99

3530