**ELIZABETH M. BARROS**
California Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467 ext. 3701

Attorneys for Mr. Gauthier

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | U.S.D.C. No. 08CR1200-H |
| )  | |
| Plaintiff,            ) | Date: June 2, 2008 |
| )  | Time: 2:00 p.m. |
| v.                                                  ) | |
| )  | MOTION FOR ORDER SHORTENING TIME |
| FRANCOIS GAUTHIER,                      ) | |
| )  | |
| Defendant.             ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       JOSEPH SMITH, ASSISTANT UNITED STATES ATTORNEY:

    Defendant Francois Gauthier, by and through his attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., requests an order shortening time to May 29, 2008, to file Defendant's *Notice of Motions and Motions to Compel Discovery; Dismiss Indictment Due to Misinstruction of the Grand Jury; and Grant Leave to File Further Motions*. Mr. Gauthier was recently arrested and arraigned on the indictment. As a result, counsel needed time to meet with him before filing motions.

Dated:    May 29, 2008                                Respectfully Submitted,

                                                       /s/ Elizabeth M. Barros
                                                      **ELIZABETH M. BARROS**
                                                      Federal Defenders of San Diego, Inc.
                                                      Attorneys for Mr. Gauthier

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

John R. Fielding, Jr.
jfieldingattyatlaw@yahoo.com,tiffany_fieldingattyatlaw@yahoo.com,levinson.marc@gmail.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Dated:      May 29, 2008                              Respectfully Submitted,


                                                                 /s/ Elizabeth M. Barros
                                                                **ELIZABETH M. BARROS**
                                                                Federal Defenders of San Diego, Inc.
                                                                Attorneys for Mr. Gauthier