UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 08CR1200-H |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER SHORTENING TIME |
| FRANCOIS GAUTHIER, | ) ) | |
| Defendant. | ) ) ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the time for filing the Defendant's *Notice of Motions and Motions to Compel Discovery; Dismiss Indictment Due to Misinstruction of the Grand Jury; and Grant Leave to File Further Motions* be shortened to May 30, 2008.

**SO ORDERED.**

DATED:     May 30. 2008

_____
**HONORABLE MARILYN L. HUFF**
United States District Judge